Rosalie Cowen, Appellee, v. Harding Hotel Company et al., Defendants. Harding Hotel Management Corporation, Appellant.

Gen. Nos. 43,527, 43,687.

opinion filed June 26, 1946; rehearing denied July 9, 1946; released for publication July 9, 1946. Vogel & Bunge, for appellant; Barnet Perel, for appellee; Arthur A. Wolfinsohn and George A. Gordon, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.